# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: USE OF GENERATIVE ARTIFICIAL INTELLIGENCE ("AI")**

**CIVIL ACTION NOS.: CIVIL CASES ASSIGNED TO JUDGE MEHALCHICK**

## CIVIL PRACTICE ORDER
### Use of Generative Artificial Intelligence

Increased use of Artificial Intelligence ("AI"), particularly Generative AI(including, but not limited to, OpenAI's ChatGPT or Google's Bard), in the practice of law raises a number of practical concerns for the Court, including the risk that the generative AI tool might generate legally or factually incorrect information, or that it might create unsupported or nonexistent legal citations. As such, any party, whether appearing *pro se* or through counsel, who utilizes any generative AI tool in the preparation of any document to be filed in any matter pending before Judge Mehalchick, must include with the document a Certificate of Use of Generative AI in which the party must disclose and certify:

   a. The specific AI tool that was used;

   b. The portions of the filing prepared by the AI program; and

   c. That a person has checked the accuracy of any portion of the document generated by AI, including all citations and legal authority.

Failure to comply with this Order may result in sanctions. Further, all parties and counsel are directed to review the conclusions on pages 15 and 16 of the **Joint Formal Opinion of the Pennsylvania Bar Association and Philadelphia Bar Association regarding the use of Artificial Intelligence** and be mindful of their ethical and professional obligations before this Court.

**BY THE COURT:**

*s/ Karoline Mehalchick*

**Dated: September 9, 2024**

**KAROLINE MEHALCHICK**
**United States District Judge**